# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0539
Lower Tribunal No. 20-9556

————————

**11995 Cutler Bay LLC,**
Appellant,

vs.

**J. Tucker, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Read Law PLLC, and Alexis S. Read, for appellant.

Brodsky Fotiu-Wojtowicz PLLC, and Robert S. Visca, and Benjamin H. Brodsky, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.